1 | Morgan E. Smith (SBN 293503)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Mark Sommers (admitted *pro hac vice*)
Naresh Kilaru (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
mark.sommers@finnegan.com
naresh.kilaru@finnegan.com
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Plaintiff
X/Open Company Limited

Nate A. Garhart (SBN 196872)
Vijay K. Toke (SBN 215079)
Matthew S. Slevin (SBN 287968)
**COBALT LLP**
nate@cobaltlaw.com
vijay@cobaltlaw.com
matt@cobaltlaw.com
918 Parker Street, Bldg. A21
Berkeley, CA  94710
Telephone:    (510) 841-9800
Facsimile:    (510) 295-2401

Attorneys for Defendant
Xinuos, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X/OPEN COMPANY LIMITED<br><br>            Plaintiffs,<br><br>     v.<br><br>XINUOS, INC.,<br><br>            Defendant. | Case No. 3:16-cv-03122-RS<br><br>**STIPULATED EXTENSION OF TIME FOR MEDIATION; [PROPOSED] ORDER** |

On September 23, 2016, the Honorable Richard Seeborg referred this matter to the Court's ADR department for mediation, "ideally, within the next 60 days." (Dkt. 30.)  On October 17, 2016, Ms. Claudia Forehand, ADR Program Case Administrator, contacted counsel for both parties requesting their stipulation to an extension of time of at least 45 days due to the difficulty of finding a mediator with no conflicts.  The current ADR completion deadline is November 22, 2016.  (*See*

1  Dkt. 30.)  Counsel for the parties have conferred and stipulate to extend the ADR completion

2  deadline to February 21, 2017 to avoid briefing during the holiday season.

3       By signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the

4  filing of this paper.

5

6  Dated: October 20, 2016       By:  /s/ *Morgan E. Smith*

7                                       Morgan E. Smith (SBN 293503)
                                     **FINNEGAN, HENDERSON, FARABOW,**

8                                        **GARRETT & DUNNER, LLP**
                                     morgan.smith@finnegan.com

9                                       3300 Hillview Avenue
                                     Palo Alto, CA  94304

10                                     Telephone:  (650) 849-6600
                                   Facsimile:   (650) 849-6666

11

12                                     Attorney for Plaintiff
                                   X/Open Company Limited

13  Dated: October 20, 2016       By:  /s/ *Vijay K. Toke*

14                                     Nate A. Garhart (SBN 196872)
                                   Vijay K. Toke (SBN 215079)

15                                     Matthew S. Slevin (SBN 287968)
                                   **COBALT LLP**

16                                     nate@cobaltlaw.com
                                   vijay@cobaltlaw.com

17                                     matt@cobaltlaw.com
                                   918 Parker Street, Bldg. A21

18                                     Berkeley, CA  94710
                                   Telephone:   (510) 841-9800

19                                     Facsimile:    (510) 295-2401

20                                     Attorneys for Defendant
                                   Xinuos, Inc.

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/21/16

_____
The Hon. Richard Seeborg
United States District Judge
Northern District of California