United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X/OPEN COMPANY, LTD.,

        Plaintiff,

    v.

XINUOS, INC.,

        Defendant.

Case No.  16-cv-03122-RS

**STANDBY ORDER OF DISMISSAL**

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 20, 2017.**   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 27, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      **IT IS SO ORDERED.**

Dated:  March 1, 2017

_____
Richard Seeborg
United States District Judge