Morgan E. Smith (SBN 293503)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Mark Sommers (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
mark.sommers@finnegan.com
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

Attorneys for Plaintiff
X/Open Company Limited

Nate A. Garhart (SBN 196872)
Vijay K. Toke (SBN 215079)
Matthew S. Slevin (SBN 287968)
**COBALT LLP**
nate@cobaltlaw.com
vijay@cobaltlaw.com
matt@cobaltlaw.com
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone:     (510) 841-9800
Facsimile:     (510) 295-2401

Attorneys for Defendant
Xinuos, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X/OPEN COMPANY LIMITED <br><br> Plaintiff, <br><br> v. <br><br> XINUOS, INC., <br><br> Defendant. | Case No. 3:16-cv-03122-RS <br><br> **JOINT STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO VACATE AND RESET HEARING AND FOR AN EXTENSION OF TIME TO FINALIZE SETTLEMENT AGREEMENT AND DISMISSAL** <br><br> Date: April 27, 2017 <br> Time: 2:30 p.m. <br> Courtroom: 3, 17th Floor <br> Judge: Hon. Richard Seeborg |

Plaintiff X/Open Company Ltd. ("X/Open") and Defendant Xinuos, Inc. ("Xinuos"), through

their undersigned attorneys hereby jointly notify the Court that the parties are finalizing a settlement

agreement reached during the parties' February 16, 2017 mediation and respectfully request that the Court vacate the Standby Order of Dismissal hearing currently set for April 27, 2017, at 2:30 p.m., reset the hearing for May 18, 2017, or another time convenient for the Court, and grant the parties a two-week extension of time to file a stipulation of dismissal.

**JOINT DECLARATION OF THE PARTIES:**

1. The parties settled this matter during mediation on February 16, 2017.

2. The parties are currently working to finalize the settlement agreement and anticipate filing a joint stipulation of dismissal within the next two weeks.

Therefore, the parties jointly request that the Court vacate and reset the April 27, 2017 hearing to May 18, 2017, or another time convenient to the Court, and grant the parties a two-week extension to file a stipulated dismissal.

By signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this paper.


Respectfully Submitted:


Dated: April 26, 2017          By:  /s/ *Morgan E. Smith*
                                    Morgan E. Smith (SBN 293503)
                                    **FINNEGAN, HENDERSON, FARABOW,**
                                    **GARRETT & DUNNER, LLP**
                                    morgan.smith@finnegan.com
                                    3300 Hillview Avenue
                                    Palo Alto, CA  94304
                                    Telephone:     (650) 849-6600
                                    Facsimile:      (650) 849-6666

                                    Attorney for Plaintiff
                                    X/Open Company Limited

Dated: April 26, 2017        By:   /s/ *Vijay K. Toke*

Nate A. Garhart (SBN 196872)
Vijay K. Toke (SBN 215079)
Matthew S. Slevin (SBN 287968)
**COBALT LLP**
nate@cobaltlaw.com
vijay@cobaltlaw.com
matt@cobaltlaw.com
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Defendant
Xinuos, Inc.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   4/26/17

The Hon. Richard Seeborg
United States District Judge
Northern District of California