| | |
|---|---|
| Morgan E. Smith (SBN 293503)<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>morgan.smith@finnegan.com<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Mark Sommers (admitted *pro hac vice*)<br>Naresh Kilaru (*pro hac vice* to be filed)<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>mark.sommers@finnegan.com<br>naresh.kilaru@finnegan.com<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>Attorneys for Plaintiff<br>X/Open Company Limited | Nate A. Garhart (SBN 196872)<br>Vijay K. Toke (SBN 215079)<br>Matthew S. Slevin (SBN 287968)<br>**COBALT LLP**<br>nate@cobaltlaw.com<br>vijay@cobaltlaw.com<br>matt@cobaltlaw.com<br>918 Parker Street, Bldg. A21<br>Berkeley, CA 94710<br>Telephone: (510) 841-9800<br>Facsimile: (510) 295-2401<br><br>Attorneys for Defendant<br>Xinuos, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X/OPEN COMPANY LIMITED<br><br>    Plaintiffs,<br><br>v.<br><br>XINUOS, INC.,<br><br>    Defendant. | Case No. 3:16-cv-03122-RS<br><br><br>**STIPULATED DISMISSAL; [PROPOSED]<br>ORDER** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff X/Open Company Limited ("X/Open") and Defendant Xinuos, Inc. ("Xinuos"), by and through their respective undersigned counsel, stipulate to dismiss this action without prejudice.

    On June 8, 2016, X/Open filed suit against Xinuos alleging trademark infringement, trademark dilution, false advertising, unfair competition, and breach of contract. (Dkt. 1.) Xinuos answered the complaint on August 2, 2016. (Dkt. 15.)

Based on the parties' settlement agreement (the "Agreement"), X/Open and Xinuos agree to dismiss, without prejudice, all claims and defenses asserted in this action. Under the terms of the Agreement, this stipulated dismissal without prejudice will become a stipulated dismissal with prejudice effective January 31, 2018, pending Xinuos's full performance of the obligations under the Agreement and unless X/Open files a stipulated consent judgment for breach of the Agreement prior to that date.

This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or a related action to an unincorporated association under Rule 23.2. A receiver has not been appointed in this case under Rule 66, and this case is not governed by a federal statute that requires a court order for dismissal of the case.

Neither X/Open nor Xinuos have previously dismissed any federal- or state-court claims or defenses based on or including the same claims and defenses as those presented in this case.

By signature below, counsel for X/Open attests that counsel for Xinuos concurs in the filing of this paper.

Dated: April 28, 2017    By: /s/ *Morgan E. Smith*
                             Morgan E. Smith (SBN 293503)
                             **FINNEGAN, HENDERSON, FARABOW,**
                             **GARRETT & DUNNER, LLP**
                             morgan.smith@finnegan.com
                             3300 Hillview Avenue
                             Palo Alto, CA 94304
                             Telephone:  (650) 849-6600
                             Facsimile:  (650) 849-6666

                             Attorney for Plaintiff
                             X/Open Company Limited

Dated: April 28, 2017       By: /s/ *Vijay K. Toke*
                                Nate A. Garhart (SBN 196872)
                                Vijay K. Toke (SBN 215079)
                                Matthew S. Slevin (SBN 287968)
                                **COBALT LLP**
                                nate@cobaltlaw.com
                                vijay@cobaltlaw.com
                                matt@cobaltlaw.com
                                918 Parker Street, Bldg. A21
                                Berkeley, CA  94710
                                Telephone:    (510) 841-9800
                                Facsimile:    (510) 295-2401

                                Attorneys for Defendant
                                Xinuos, Inc.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/1/17

_____
The Hon. Richard Seeborg
United States District Judge
Northern District of California